NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDREW MISRIPERSAUD,                )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No. 2D18-3394
                                    )
DYCK O'NEAL, INC.,                  )
                                    )
        Appellee.                   )
_____)

Opinion filed November 27, 2019.

Appeal from the Circuit Court for Polk
County; Catherine L. Combee, Judge.

Scott E. Siverson, Orlando, for Appellant.

David M. Snyder of David M. Snyder, P.A.,
Tampa; and Joshua D. Moore of the Law
Offices of Daniel C. Consuegra, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

LaROSE, LUCAS, and ATKINSON, JJ., Concur.